FILED ___ ENTERED
LODGED ___ RECEIVED
FEB 17 2022
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
NIGHT DROP BOX

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BRIAN R. BROWN
1733 Guilford Ave Apt. 1
Baltimore, MD 21218

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Hydrochem LLC
2405 York Road, Ste. 201
Lutherville Timonium, MD 21093

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 1:21-cv-02992-ELH

*(to be filled in by the Clerk's Office)*

Jury Trial: ■ Yes ☐ No
*(check one)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brian R. Brown |
| Street Address | 1733 Guilford Ave Apt. 1 |
| City and County | Baltimore |
| State and Zip Code | MD |
| Telephone Number | 4102949138 |
| E-mail Address | brownbrian4148@icloud.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Hydrochem LLC |
| Job or Title (if known) | |
| Street Address | 900 GEORGIA AVENUE |
| City and County | DEER PARK |
| State and Zip Code | TX 77536 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | HYDROCHEM LLC |
| Street Address | 4510 North Point Blvd |
| City and County | Sparrows Point MD, 21219 |
| State and Zip Code | |
| Telephone Number | |

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:
_____

☐ Relevant state law *(specify, if known)*:
_____

☐ Relevant city or county law *(specify, if known)*:
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☐ Termination of my employment.
☐ Failure to promote me.
☐ Failure to accommodate my disability.
☐ Unequal terms and conditions of my employment.
☐ Retaliation.
☐ Other acts *(specify)*: race

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
**Nov.2019 through Apr.2020**

C. I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race **African American**
☐ color
☐ gender/sex
☐ religion
☐ national origin
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

To begin with, Nov. 26 2019 Tammi Miller suspened me for insubordination for doing my job. That same day I called Hydrochems HR and told them of the incident and what motivated Tammi Miller to suspend me was race and retaliation because she intended on taking my holiday pay away from me. HR told me "owe we are not gonna play that card." and "Maryland is an at-will state she could have just fired you." it was work that had that i normally would have been called to do without the 3 day suspension so on the 29th of nov. I filed a complaint with the MCCR. throughout the months following Tammi Miller would give me time as she pleased

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

**11-29-2019**

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☐ issued a Notice of Right to Sue letter, which I received on *(date)* **10-04-2021**.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

6

when normally I would have been working. Tammi Miller her brother his wife and his 2 sons where known racist throughout the two branches all parties worked. Tammi Miller and her Brother were both terminated for unknown reasons within the 180 days of my complaint to the MCCR. William Schultz branch manager allowed Tammi Miller free range over my schedule, and Tammi Millers 3-day suspension. William Schultz also told me that I could have my 40hrs vacation but paid me for 32hrs instead. 2019 I worked over 2700hrs, and at yearly evaluation I received a $2.50 employee increase. William Schultz was a new employee at hydrochem. William Schultz has never been on a jobsite with me, never seen me in the field of work. In fact, I have never gotten a bad review from any Customers while at hydrochem. Tammi Miller informed of the days task and who would be assigned with me on the 26th of November 2019. Through Hydrochems policy this would be a tailgate meeting to briefly discuss safety concerns and the broad scope of the days task. Tammi miller also informed me of the time constraints. Only being the end of the workday and that the truck also had to be dumped. The waste dump closed at 4pm this day. Which means that to get the job done and the truck dumped by the days end, I had to do critical thinking to reserve water and save room for waste. So, with that, toppled with an inexperienced partner all the work relied on me. Additionally, that is the whole purpose of having a partner, so you don't over work yourself into injury. At this point I asked Tammi Miller for help being as though TRENT was new to both CDL driving and new to Hydrochems Mud-dog 1200. Also, days or a week prior TRENT dropped a load of waste from a truck being inexperienced. Hydrochems 40hr hazwoper says every employee has the right to stop job if he or she doesn't feel safe, and or see unsafe practices or if an employee does not feel safe say so (if you see something, say something). At the tailgate meeting between Tammi Miller and myself she became irate to the point of saying "either you can go home or go to the jobsite." Once

PLEADING TITLE - 1

1 TRENT arrived at the branch's location, he drove me and him to the BGE substation in Hydrochems Mud dog 1200 Vacuum Excavator truck for the days work requirements. After completing the days task though dangerously vigorous and returning to the branch location Miller informed me that I was being written up for insubordination and receiving a 3-day suspension. Suspension for speaking about safety concerns, which I learned directly from Hydrochem. Upon which that same day I called Hydrochems HR department and informed them of the racial motivations of Millers suspension. Miller's intentions were to take my holiday pay, because the next 3 days would have been a holiday, and the day before and day after applied. The man that I spoke with over the phone told me after saying to me "Oh we are not going to play that card." "Maryland is an at-will state she could have just fired you." On Nov. 29th, 2019, I filed a complaint with the MCCR. On January 2nd, 2020, while at a BGE substation a co-worker drove from the branch location to the jobsite where I was to escort me to the nearest Concentra office for drug and alcohol testing (breathalyzer). On this same day an employee new to this branch from the colora shop named Kevin was expressing how much he was impressed with my work still and knowledge. So, I asked Kevin what did the 22 tattoo on his neck stood for and in front of me and a couple other employees he said "22 confirmed kills in Iraq and Africa." Another co-worker from the colora branch that was impressed with my work knowledge and skills called Tammi Miller in front of me and asked specifically for me to work with him the next day as he was short a man. Miller told him no, with no explanation and no work the next day for me. William Schultz rehired another co-worker named Dave after he quit, put in his 2 weeks' notice for a new job. William Schultz's rehired another man that cursed a superior (CELSO) out before he quit for another job. Because of these issues I have experienced emotional distress, fear, lost wages, embarrassment, humiliation, depression, fear, agony, misery, pain, affliction,

PLEADING TITLE - 2

rack, torment, shock, traumatized, grief, and my employment ended. Without warning or reason. Bill Lesner was late every day, and he would bring a gun or guns to work, every day. Bill Lesner even wore a bullet proof vest to work when we had a scheduled manhole clean out at night in front of the Horseshoe casino. Tammi Miller and William Schultz forced another man out named Ronald Gladney. One of the last text messages I have from Ronald Gladney was William Schultz would not grant him his vacation time. Later 2020 Ronald Gladney was killed. Ronald Gladney and a couple of other employees traveled to California to work helping with the wildfires in 2019. In 2019 I traveled to New York, Virginia, New Jersey, Delaware, Pennsylvania, to do the days task in those states when work was slow at my home branch. Through the course of my employment at Hydrochem 2 Caucasian employees came from two different branches to work full-time at the Baltimore branch.

Prior to being employed at Hydrochem through Hydrochem's recruitment specialists I was guaranteed 40hrs per week. At one-point, African American employees only worked with African American employees, Caucasian employees only worked with Caucasian employees, and Latino employees only with Latino employees. Caucasian employees made more than African American employees with the same skill set or no set skill set at all, because they were Chosen to work over African Americans by Tammi Miller and William Schultz. Tammi Miller was initially a CDL driver for Hydrochem. Next Tammi Miller was the dispatcher for hydrochem. Which should have been a demotion because dispatcher paid less than CDL driver. Tammi Miller would take work from lower-level employees so that she could get the overtime at her CDL pay rate. Tammi Miller even Scheduled herself an hour early each day so she could re-coup overtime.

PLEADING TITLE - 3

V.  **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$1,950,001 for discrimatory acts which prevented futher employment up to the retirement age of 65 in addition, i am seeking $300,000 punitive damages for pain and suffering, emotional distress. In total $2,250,001. This relief includes health care coverage lost, child care coverage lost, dental coverage lost, 401k lost, lost of home, lost of vehicle, wages that would have been earned.

7

**VI.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2-21, 2022

Signature of Plaintiff       _/s/ B. R. B._
Printed Name of Plaintiff   Brian R. Brown

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Address                     _____
Telephone Number            _____
E-mail Address              _____

8